IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 14-271** |
| : | |
| **STEVEN W. JOHNSON** : | |
| : | |

### O R D E R

**AND NOW,** this 15th day of October, 2015, upon consideration of the Government's Motion to Dismiss Counts One through Ten of the Indictment (Doc. No. 45), it is hereby **ORDERED** that the Motion is **GRANTED.**  Counts One through Ten of the Indictment are dismissed without prejudice.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.